SQUIRE, SANDERS & DEMPSEY L.L.P.
Michael W. Kelly (State Bar #214038)
Daniel T. Balmat (State Bar #230504)
One Maritime Plaza, Third Floor
San Francisco, CA  94111-3492
Telephone:    +1.415.954.0200
Facsimile:    +1.415.393.9887

Attorneys for Defendants
J-WAY LEASING, LTD and
GLOBAL EVENT MANAGEMENT, INC.

COX, WOOTTON, GRIFFIN, HANSEN & POULOS LLP
Rupert P. Hansen (State Bar #82302)
Marc T. Cefalu (State Bar #203324)
190 The Embarcadero
San Francisco, CA 94105
Telephone:    +1.415.438.4600
Facsimile:    +1.415.438.4601

Attorneys for Plaintiff VORTEX MARINE CONSTRUCTION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VORTEX MARINE CONSTRUCTION, INC..<br><br>            Plaintiff,<br><br>       vs.<br><br>J-WAY LEASING, LTD (dba J-WAY LEASING, LLC and J-WAY LEASING & MARINE, LLC), and J-WAY LEASING & MARINE, LLC, and GLOBAL EVENT MANAGEMENT, INC.<br><br>            Defendants. | Case No. 06-5792 PJH<br><br>E-FILING<br><br>STIPULATION AND [P~~ROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Date:  December 21, 2006<br>Time: 2:30 P.M. |

1  WHEREAS, the parties' counsel have met and conferred and agree upon the text of this
2  joint submission;
3  WHEREAS, the Court previously (Docket No. 2-1) set an initial Case Management
4  Conference for December 21, 2006;
5  WHEREAS defendants have only recently been served with the First Amended Complaint
6  and retained local counsel in this action, and with the defendants only filing their responsive
7  pleading on December 6, 2006;
8  WHEREAS, as a result of additional circumstances, including illness and scheduling
9  conflicts, the parties have not been able to sufficiently meet and confer through counsel regarding
10 the issues to be addressed at the currently scheduled Case Management Conference, including
11 initial disclosures and ADR;
12 WHEREAS, in view of the foregoing, the parties through their counsel submit that judicial
13 economy and efficiency will be furthered if the Case Management Conference presently set for
14 December 21, 2006 is continued to January 18, 2007.
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

NOW, THEREFORE, the parties to this action by and through their counsel of record hereby stipulate, subject to court approval, to an Order of the Court CONTINUING the date of December 21, 2006 for the Case Management Conference to January 18, 2007.

Dated:  December 14, 2006　　　　　　　　　COX, WOOTTON, GRIFFIN, HANSEN & POULOS LLP

By: _____/s/_____
　　　　　　Marc T. Cefalu
Attorneys for Plaintiffs
VORTEX MARINE CONSTRUCTION, INC.

Dated:  December 14, 2006　　　　　　　　　SQUIRE, SANDERS & DEMPSEY L.L.P.

By: _____/s/_____
　　　　　　Daniel T. Balmat

Attorneys for Defendants J-WAY LEASING, LTD and GLOBAL EVENT MANAGEMENT, INC.

IT IS SO ORDERED.

Dated: __December 14_____, 2006

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE　　3　　CASE NO. 06-5792 PJH