ORIGINAL

RECEIVED
07 MAY -7 PM 3:19
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  COX, WOOTTON, GRIFFIN,
   HANSEN & POULOS, LLP
2  Rupert P. Hansen (SBN 082302)
   Marc T. Cefalu (SBN 203324)
3  190 The Embarcadero
   San Francisco, CA 94105
4  Telephone No.: 415-438-4600
   Facsimile No.: 415-438-4601
5
   Attorneys for Plaintiff
6  VORTEX MARINE CONSTRUCTION, INC.
7
8                  UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA

10 | VORTEX MARINE CONSTRUCTION,   ) | Case No.: C 06 5792 PJH
   | INC.,                         )
11 |                               )   **STIPULATION OF DISMISSAL**
   |                               )   **AND [PROPOSED] ORDER**
12 |                 Plaintiff,    )
   |                               )
13 |         v.                    )
   |                               )
14 | J-WAY LEASING, LTD (dba J-WAY )
   | LEASING, LLC and J-WAY LEASING & )
15 | MARINE, LLC), a corporation, and J- )
   | WAY LEASING & MARINE, LLC, a  )
16 | limited liability corporation; and GLOBAL )
   | EVENT MANAGEMENT, INC., a     )
17 | corporation,                  )
   |                               )
18 |                 Defendants.   )

19      **WHEREAS,** the parties to this action have agreed to a settlement of all claims that
20 requires the parties to perform certain settlement obligations:
21      **IT IS HEREBY STIPULATED** by and between the parties, through their
22 respective counsel of record's signatures below, and respectfully requested of the Court,
23 that:
24      1.   This action to be *conditionally* dismissed with the Court to retain jurisdiction
25           over this matter and the parties hereto for a period of Ninety (90) days from
26           the date of the Court's entering the [proposed] Order of Disimssal.
27      2.   If within such Ninety (90) day period no party hereto files a written objection
28           to this dismissal based on alleged non-performace of another party's

VOR J-Way Leasing/2356

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO,
CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

1  settlement obligations, then the [proposed] Order *conditionally* dismissing
2  this action become a Dismissal With Prejudice of this entire action, pursuant
3  to FRCP 41(a)(1), with each party to bear their own costs and attorneys fees.
4     3.   Endorsement of this Stipulation be permitted by counterpart signatures.

Dated: February 28, 2007

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Plaintiff
VORTEX MARINE CONSTRUCTION, INC.

By: _____
Rupert P. Hansen

Dated: March 5, 2007

SQUIRE, SANDERS & DEMPSEY, L.L.P.
Attorneys for Defendants J-WAY LEASING,
LTD. AND GLOBAL EVENT
MANAGEMENT, INC.

By: _____
Daniel T. Balmat

**PURSUANT TO STIPULATION IT IS HEREBY ORDERED** that this action is *conditionally* dismissed with the Court retaining jurisdiction over this matter and the parties hereto for a period of Ninety (90) days from the date of this Order. If within such Ninety (90) day period no party hereto files a written objection to this *conditional* dismissal based on alleged non-performace of another party's settlement obligations, then this Court's Order of *conditional* dismissal shall automatically become a Dismissal With Prejudice of this entire action, pursuant to FRCP 41(a)(1), with each party to bear their own costs and attorneys fees.

Dated: May 8, 2007

By: _____
The Honorable Phyllis J. Hamilton
U.S. District Court Judge

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO,
CA 94105
TEL 415-438-4600
FAX 415-438-4601

VOR J-Way Leasing/2356

-2-   Case No. C 06 5792 PJH
STIPULATION OF DISMISSAL AND [PROPOSED] ORDER